

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2018

No. 04-18-00382-CV

**IN RE L.J.R.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01389
Honorable Richard Garcia, Judge Presiding

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

It is so **ORDERED** on July 9, 2018.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court